# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER JASON HELFRICH,

    Petitioner,

vs.

ADAM PAUL LAXALT, et al.,

    Respondents.

Case No. 2:17-cv-02392-APG-PAL

**ORDER**

    Petitioner has filed an application to proceed <u>in forma pauperis</u> (ECF No. 1) and a petition for a writ of mandamus. Petitioner is unable to pay an initial installment. Petitioner must still pay the filing fee in full through monthly installment payments.

    Petitioner asks the court to issue a writ of mandamus to the state courts, requiring them to dismiss a criminal proceeding against him because the prosecution has not responded to a filing called a "Conditional Acceptance For Value" pursuant to the Uniform Commercial Code.

    This court lacks jurisdiction to consider the petition for a writ of mandamus. The All Writs Act, 28 U.S.C. § 1651, allows the court to grant extraordinary writs where the court has jurisdiction. However, the All Writs Act does not confer jurisdiction by itself; instead, another statutory or constitutional provision must confer jurisdiction upon the Court. <u>Stafford v. Superior Court</u>, 272 F.2d 407, 409 (9th Cir. 1959). No such provision exists that would give this Court jurisdiction to issue a writ of mandamus to a state court. See <u>Demos v. United States Dist. Court for Eastern Dist. of Washington</u>, 925 F.2d 1160, 1161-62 (9th Cir. 1991).

IT IS THEREFORE ORDERED that plaintiff's application to proceed <u>in forma pauperis</u> is **GRANTED**. Plaintiff shall not be required to pay an initial partial filing fee. However, even though this action is being dismissed, by commencing this action plaintiff incurred the obligation to pay the full filing fee pursuant to 28 U.S.C. § 1915(b)(2).

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account (inmate #1111875), in the months that the account exceeds $10.00, until the full $350 filing fee has been paid for this action. The clerk shall send a copy of this order to the finance division of the clerk's office. The clerk shall also send a copy of this order to the attention of the chief of inmate services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

IT IS FURTHER ORDERED that the clerk of the court file the petition for a writ of mandamus.

IT IS FURTHER ORDERED that this action is **DISMISSED** for lack of jurisdiction. The clerk of the court shall enter judgment accordingly and close this action.

DATED: November 17, 2017.

ANDREW P. GORDON
United States District Judge